DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT GIAMETTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-359

[May 10, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562002CF004311A.

Robert Giametta, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***